IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGE OLIVAREZ, | § | |
| | § | |
| v. | § | C.A. NO. C-08-062 |
| | § | |
| NATHANIEL QUARTERMAN. | § | |

### ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

This action is a petition for writ of habeas corpus filed by a state prisoner pursuant to 28 U.S.C. § 2254. On August 11, 2008, petitioner filed a notice of appeal. (D.E. 20). Pending is petitioner's motion to proceed in forma pauperis on appeal. (D.E. 21).

In support of this motion, petitioner also filed a copy of his inmate trust fund account statement. Specifically, it indicates that he currently has a balance of $1.51. Id. at 4. The appellate filing fee is $455.00.

Accordingly, petitioner has established that he is indigent and his motion to proceed in forma pauperis on appeal, (D.E. 21), is hereby GRANTED.

ORDERED this 14th day of August 2008.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE